In the Matter of the Application of MARY M. CLARK, Surviving Spouse, for the Determination of the Validity and Effect of Her Election to Take Her Intestate Share against the Provisions of the Will of JOHN W. CLARK, Deceased. SIDNEY J. LOEB, THE CHASE NATIONAL BANK, and TESSIE D. LEVY, Executors and Trustees of JOHN W. CLARK, Deceased, Appellants; MARY M. CLARK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of LEW-ROBB HOLDING COMPANY, INC., Respondent, for a Mandamus Order against HENRY R. DILLON, Receiver of Taxes for the Town of Mamaroneck, Westchester County, State of New York, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Hagarty, Davis and Johnston, JJ., concur; Close, J., not sitting.